

## UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

In re:

HEATHER ANELLO
  Debtor

Ch. 13
24-30201 EDK

### Order of Dismissal

Due to the failure of the Debtor to comply with the Court's Order of 4/29/2024, and the Debtor having failed to file timely the Certificate of Credit Counseling, Chapter 13 Plan, Schedules A/B-J, Statement of Financial Affairs, Summary of Assets and Liabilities, Chapter 13 Statement of Current Monthly Income and Evidence of Current and Sufficient Liability and Property Insurance, it is hereby ordered that the above-entitled case be and hereby is <u>dismissed</u>.

Dated: 05/14/2024

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge